UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WILLIAM M. BLOTZKE,

   Plaintiff,

 v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

NO. CV-09-230-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: August 17, 2010

            JAMES R. LARSEN
            District Court Executive/Clerk

            s/ L. Stejskal
            Deputy Clerk